HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MAUREEN RIORDAN
Senior Counsel, Voting Section
Civil Rights Division

ERIC NEFF
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
150 M St. NE, Ste. 8.139
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Eric.Neff@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br><br>Defendant. | CASE NO:<br><br>MOTION FOR PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq.*<br><br>Hon.<br><br>Hearing Date: _____<br>Time: _____<br>Courtroom: |

### MOTION FOR PRODUCTION OF RECORDS DEMANDED PURSUANT TO THE CIVIL RIGHTS ACT OF 1960

Plaintiff, UNITED STATES OF AMERICA, by and through the Attorney General, pursuant to Title III of the Civil Rights Act of 1960 ("CRA"), 52 U.S.C. § 20701, *et seq.*, hereby moves this Honorable Court for an Order to Produce Records requiring Defendant, ANTHONY ALBENCE, State Election Commissioner, to to produce the documents requested by Plaintiff. The United States offers the attached Memorandum of Law, Declaration of Maureen S. Riordan, and Exhibits, in Support of its Motion to Show Cause.

### Introduction

The Attorney General has been tasked by Congress with enforcement authority for both the National Voter Registration Act ("NVRA") and the Help America Vote Act ("HAVA"). *See* 52 U.S.C. § 20510(a) and 52 U.S.C. § 21111. Both statutes require Defendant to conduct specified maintenance of Delaware's

2

voter registration list. These requirements are an integral measure to ensure that Defendant's statewide voter registration lists ("SVRL") are accurate. Ensuring the accuracy of the list of eligible voters preserves the integrity of Defendant's federal election procedures.

Pursuant to Section 301 of the CRA, 52 U.S.C. § 20701, "every officer of election shall retain and preserve, for a period of twenty-two months from the date of any general, special, or primary election of which candidates for the office of President, Vice President, presidential elector, Member of the Senate, Member of the House of Representatives, or Resident Commissioner from the Commonwealth of Puerto Rico are voted for, all records and papers which come into his possession relating to any *application, registration*, payment of poll tax, or other act requisite to voting in such election[.]" (emphasis added).

Further, Section 303 of the CRA provides, "Any record or paper required by section 301 to be retained and preserved shall, *upon demand in writing by the Attorney General* or his representative directed to the person having custody, possession, or control of such record or paper, be made available for inspection, reproduction, and copying at the principal office of such custodian by the Attorney General or his representative. This demand shall contain a statement of the basis and the purpose therefor." 52 U.S.C. § 20703 (emphasis added).

The United States has properly demanded records from Defendant pursuant to these Federal statutes and Defendant has failed to comply as detailed in the Memorandum of Law in Support of this Motion, and exhibits filed contemporaneously herein. The United States brings this action and files this Motion to compel Defendant to produce the requested records forthwith.

Section 305 of the CRA, 52 U.S.C. § 20705, provides that "[t]he United States District Court for the district in which a demand is made pursuant to Section 303, or in which a record or paper so demanded is located, shall have jurisdiction by appropriate process to compel the production of such record of paper.

**Prayer for Relief**

For the foregoing reasons, Plaintiff requests that this Court enter an Order directing Defendant to produce the demanded records. Plaintiff further requests this Court:

A. Order Defendant to produce an electronic copy of the Delaware statewide Voter Registration List, to include each registrant's name, date of Birth, address, and as required by HAVA, the last four digits of the registrant's social security number, driver's license/state identification number or the unique HAVA identifier;

B. Order Defendant to produce the other documents demanded by the Attorney General to ascertain Defendants' compliance with federal law; specifically, the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501, *et seq.*, and the Help America Vote Act of 2002 ("HAVA"), 52 U.S.C § 20901, *et seq.*;

C. Order Defendant to submit the records electronically to the Attorney General, Civil Rights Division Voting Section, within 5 (five) days of this order;

D. Order Defendant to produce all documents requested immediately; and

E. Grant such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| DATED: December 2, 2025 | Respectfully submitted, |
| | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
| | */s/    Maureen Riordan*<br>MAUREEN RIORDAN<br>Senior Counsel<br>ERIC NEFF<br>Trial Attorney, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE, Room 8.139<br>Washington, D.C. 20002<br>Telephone: (202) 704-5430<br>Email: eric.neff@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Eric Neff*
Eric Neff
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.139
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: eric.neff@usdoj.gov