HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MAUREEN RIORDAN
Senior Counsel, Voting Section
Civil Rights Division

ERIC NEFF
Trial Attorney, Voting Section
Civil Rights Division

U.S. Department of Justice
4 Constitution Square
150 M Street NE, Ste. 8.139
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Eric.Neff@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br><br>Defendant. | CASE NO:<br><br>[PROPOSED] ORDER TO COMPEL PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq*.<br><br>Hon. |

**ORDER TO COMPEL PRODUCTION OF RECORDS**

Upon the Request by the United States of America, the supporting Memorandum of Law, the supporting Declaration, and the arguments presented by counsel at hearing, it is hereby ORDERED:

1. That the above-named Defendant shall show cause before this Court on_____ ___________, 2025, at _____________o'clock, in Department ____ of the ____________________________________Courthouse located at _______________________________, Delaware _______ as to why an order should not be issued pursuant to 52 U.S.C § 20701, *et seq.*:
   a) ordering Defendant to produce an electronic copy of the Delaware statewide Voter Registration List, and
   b) ordering Defendant to produce the other documents demanded by the Attorney General to ascertain Defendant's compliance with federal law; specifically, the National Voter Registration Act

("NVRA"), 52 U.S.C. § 20501, *et seq*., and the Help America Vote Act of 2002 ("HAVA"), 52 U.S.C § 20901, *et seq*., and

c) requiring Defendant to submit electronically to the Attorney General, Civil Rights Division Voting Section, within 5 (five) days of this order, and for such other and further relief as may be just and proper; and

2. That a copy of this Order be served upon Defendant Anthony J. Albence, State Election Commissioner, by email and U.S. mail to 905 S. Governors Ave., Ste. 170, Dover, DE 19904; and
3. That Defendant, having been served by the Clerk of Court with Plaintiff's Request, Memorandum of Law, attachments, and Declaration via certified mail at the time of service of Summons and Complaint, shall file with this Court and serve any response addressing the issues raised in the Request seven (7) days prior to the hearing date; and
4. That Plaintiff shall serve and file any reply thereto, one (1) day prior to the hearing date.

Entered this __ day of ___________, 2025.

BY THE COURT:

______________________________

UNITED STATES DISTRICT COURT