# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY ALBENCE, in his ) <br> official capacity as State Election ) <br> Commissioner of the State of ) <br> Delaware, ) <br> ) <br> Defendant. ) | Civil Action No. 1:25-cv-01453-RGA |

## UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND TIME

Defendant Anthony Albence ("Defendant"), by and through undersigned counsel, hereby seeks an order from this Honorable Court extending the deadline for the Defendant to respond to Plaintiff's Motion for Production of Records (D.I. 3) to February 9, 2026. Counsel have conferred pursuant to L.R. 7.1.1, and Plaintiff has no objection to the motion.

In support of this motion, Defendant states the following:

1. Plaintiff filed a Civil Complaint in case 1:25-cv-01453 on December 2, 2025 (D.I. 1). Plaintiff also filed a Motion For Production of Records Demanded Pursuant to the Civil Rights Act of 1960 (the "Motion for Production") (D.I. 3).

2. Defendant and Plaintiff conferred regarding scheduling on December 11, 2025. During this conversation Defendant and Plaintiff agreed that moving the

Defendant's deadline to respond to the Plaintiff's Motion for Production was reasonable and indeed preferable given the overlapping issues within the Complaint and the Motion for Production.

3. Thereafter, the Plaintiff extended a request for Defendant to waive service on December 11, 2025; the Defendant returned the signed waiver of service on December 11, 2025, resulting in a deadline of February 9, 2026, for the Defendant to move, answer, or otherwise respond to the Complaint against Mr. Albence to February 9, 2026. *See* FRCP 4(b)(3).

4. Absent an extension of the deadline to respond to the Motion for Production, Defendant's deadline to respond would be December 26, 2025.

5. The legal and factual issues raised within the Motion for Production and the Complaint are complex and overlapping. Defendant therefore seeks an extension of time to align the deadline to respond to the Motion for Production with the deadline to respond to move, answer, or otherwise respond to the Complaint: February 9, 2026. Without this extension of time, the Defendant will be denied an opportunity to fully brief the issues.

6. On December 11, Defendant's counsel provided Plaintiff's counsel with a proposed Stipulation and Proposed Order to Extend Time that reflected Defendant's deadline both to move, answer, or otherwise respond to the Complaint and to respond to the Motion for Production on February 9, 2026. On December 15,

Defendant's counsel contacted Plaintiff's counsel on December 15 asking that Plaintiff (1) file the signed waiver of service and (2) review and sign the proposed Stipulation and Proposed Order to Extend Time consistent with Defendant's understanding of the parties agreement to extend time to respond to the Motion to Produce. Plaintiff's counsel confirmed he could do so that day.

7. Plaintiff filed the signed waiver on December 17 but did not return the signed proposed Stipulation and Proposed Order to Extend Time to Defendant.

8. On December 18, 2025, in lieu of the stipulation, Plaintiff's counsel indicated that he had no objection Defendant's instant request of Defendant to extend time.

9. Under Federal Rule of Civil Procedure 6(b), a deadline may be extended for good cause.

10. Neither party will be prejudiced if this Honorable Court grants this stipulated request to extend time.

**WHEREFORE**, for the above reasons, Defendant respectfully requests that this court grant the request for the proposed response deadline to February 9, 2026.

Date: December 18, 2025

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Ian R. Liston*
Ian R. Liston (DE Bar ID #5507)
Deputy Attorney General
Rose E. Gibson
Assistant Attorney General
(District of MD Bar ID # 31772)
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, Delaware 19801
303.683.8875
Ian.Liston@delaware.gov
*Counsel for Defendant*

IT IS SO ORDERED this _____ day of December, 2025, that Defendant shall respond to the Motion for Production (D.I. 3) on or before February 9, 2026.

_____
The Honorable Richard G. Andrews
*United States District Court Judge*
*for the District of Delaware*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused the foregoing Unopposed Motion and (Proposed) Order for Extension of Time to be served on all counsel of record via the Court's electronic filing service on December 18, 2025.

/s/ *Ian R. Liston*
Ian R. Liston (DE Bar ID #5507)