# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY ALBENCE, in his ) <br> official capacity as State Election ) <br> Commissioner of the State of ) <br> Delaware, ) <br> ) <br> Defendant. ) | Civil Action No. 1:25-cv-01453-RGA |

**DEFENDANT'S NOTICE OF CONSENT TO MOTION TO INTERVENE**

Defendant Anthony Albence ("Defendant"), by and through undersigned counsel, hereby provides notice that he consents to the Motion to Intervene filed by Gemma Lowery and Bethany Jennings (D.I. 8).

          **STATE OF DELAWARE**
          **DEPARTMENT OF JUSTICE**

          */s/ Ian R. Liston*
          Ian R. Liston (DE Bar ID #5507)
          Deputy Attorney General
          Rose E. Gibson
          Assistant Attorney General
          (District of MD Bar ID # 31772)
          Carvel State Office Building
          820 North French Street, 6th Fl.
          Wilmington, Delaware 19801
          303.683.8875
          Ian.Liston@delaware.gov
          *Counsel for Defendant*

Date: December 19, 2025

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 19, 2025, he caused a copy for the foregoing Defendant's Notice of Consent to Motion to Intervene on all counsel of record via the Court's electronic filing system.

*/s/ Ian R. Liston*
Ian R. Liston
