## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

                *Plaintiff*,

    *v.*

ANTHONY ALBENCE, in his official
capacity as State Election Commissioner for
the State of Delaware,

                *Defendant*.

Case No. 25-cv-01453-RGA
Hon. Richard G. Andrews

---

### NOTICE OF SUPPLEMENTAL AUTHORITIES REGARDING BETHANY JENNINGS AND GEMMA LOWERY'S MOTION TO INTERVENE AS DEFENDANTS

Proposed Intervenors Bethany Jennings and Gemma Lowery respectfully provide the Court notice of supplemental authorities supporting Proposed Intervenors' pending motion to intervene. *See* ECF No. 8. In parallel voter list suits that DOJ has filed across the country, several federal courts have recently granted intervention to individuals and organizations similar to Proposed Intervenors.

Specifically, on January 5, 2026, a federal court in New Hampshire granted permissive intervention to four individual voters to defend against DOJ's claims. *See* Order, *United States v. Scanlan*, No. 25-cv-371-AJ (D.N.H. Jan. 5, 2026), ECF No. 53. The court recognized the individuals' "personal information would be distributed to the Department of Justice were the United States to prevail in this action," and concluded that "their presence in this suit will assist the court in the just and equitable adjudication of the matter." *Id.* at 5–6. Because the court granted the motion in its discretion under Rule 24(b), it did not analyze whether intervenors would have had a right to intervene. *See id.* Proposed Intervenors attach the *Scanlan* Order as Exhibit 1.

Also on January 5, a federal court in Hawaii also granted permissive intervention as a defendant to an organization, the NAACP California-Hawaii State Conference ("NAACP CA-HI"), which sought to intervene in part to protect its members—individual voters in Hawaii—from having their private data disclosed to DOJ. *See* Minute Order, *United States of America v. Nago*, 1:25-cv-00522-LEK-RT (D. Haw. Jan. 5. 2026), ECF No. 20. The court determined that NAACP CA-HI had a "claim or defense that shares with the main action a common question of law or fact," and that allowing the organization to intervene would not "unduly delay or prejudice the adjudication of the original parties' rights." *Id.* (quoting Fed. R. Civ. P. 24(b)(1)(B), (3)). That court similarly did not reach the intervenors' arguments that they were entitled to intervene under Rule 24(a), in light of its granting of the motion under Rule 24(b). *See id.* Proposed Intervenors attach the *Nago* Order as Exhibit 2.

Earlier today, January 6, a federal court in Massachusetts granted intervention to the Massachusetts Alliance for Retired Americans and the New England State Area Conference of the NAACP, which moved to intervene in part to shield their members' private data from disclosure, as well as to an individual voter. *See* Minute Order, *United States v. Galvin*, No. 25-cv-13816-LTS (D. Mass. Jan. 6. 2026), ECF No. 30. The motion in that case—like Proposed Intervenors' motion here—was unopposed. *See id.* Proposed Intervenors attach the *Galvin* Order as Exhibit 3.

Finally, also today, a federal court in Rhode Island granted intervention "as of right pursuant to Fed. R. Civ. P. 24(a)" to the Rhode Island Alliance for Retired Americans, SEIU District 1199 NE, and to two individual voters. *See* Text Order, *United States v. Amore*, 25-cv-00639-MSM-PAS (D.R.I. Jan. 6. 2026). Proposed Intervenors attach the *Amore* Order as Exhibit 4.

January 6, 2026

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

*Admitted *Pro Hac Vice*

*Attorneys for Proposed Intervenors*
*Bethany Jennings and Gemma Lowery*

Respectfully submitted,

/s/ Mark M. Billion
Mark M. Billion (DE ID No. 005263)
**BILLION LAW**
20184 Coastal Hwy, Suite 205
Rehoboth Beach, DE 19971
Tel.: (302) 428-9400
markbillion@billionlaw.com