# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br><br>*Defendant*. | Case No. 25-cv-01453-RGA<br>Hon. Richard G. Andrews |

## ORDER GRANTING MOTION TO INTERVENE

Upon consideration of the Motion to Intervene as Defendants filed by Bethany Jennings and Gemma Lowery (together, "Proposed Intervenors"), (D.I. 8), alongside the materials filed in support thereof, as well as the consent of Defendant (D.I. 20) and the lack of any response from Plaintiff, the Court finds good cause, and it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Proposed Intervenors may file a Rule 12(b) motion on or before February 9, 2026.

IT IS SO ORDERED, this 15th day of January, 2026.

/s/ Richard G. Andrews
Hon. Richard G. Andrews
U.S. District Court Judge