IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br><br>*Defendant*. | C.A. No. 25-cv-01453-RGA |

## ORDER GRANTING MOTION TO INTERVENE

Upon consideration of the Motion to Intervene as Defendants filed by the Latin American Community Center, La Esperanza, Delaware Coalition Against Domestic Violence, and Jose Matthews (together, "Proposed Intervenors"), alongside the materials filed in support thereof, the Court finds good cause, and it is hereby **ORDERED** that the Motion is **GRANTED**.

IT IS SO **ORDERED**, this 4 day of February, 2026.

/s/ Richard G. Andrews
Hon. Richard G. Andrews
U.S. District Court Judge