# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-01453-RGA |
| | ) | |
| ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Anthony Albence, in his official capacity as State Election Commissioner of the State of Delaware, by and through undersigned counsel, hereby moves to dismiss Plaintiff United States of America's Complaint (D.I. 1) under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted. Consistent with L.R. 7.1.3, Commissioner Albence sets forth the grounds for dismissal in his accompanying memorandum of law.

**WHEREFORE**, the Commissioner respectfully requests this Court grant the motion and dismiss the United States' Complaint.

Respectfully submitted,

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Ian R. Liston*
Ian R. Liston (DE Bar No. 5507)
Director of Impact Litigation
Emily V. Burton (DE Bar No. 5142)
Carvel State Office Building

                                           820 North French Street, 6th Fl.
                                           Wilmington, DE  19801
                                           Tel.: (302) 683-8875
                                           ian.liston@delaware.gov
                                           *Counsel for Defendant*

Date: February 9, 2026