# APPENDIX

## Appendix

## List of DOJ Cases against States and the District of Columbia for their VRLs

| Jurisdiction | Case Name and Docket Information |
|---|---|
| Arizona | *United States v. Fontes*, No. 2:26-cv-00066 (D. Ariz.) |
| California | *United States v. Weber*, No. 2:25-cv-09149 (C.D. Cal.) |
| Colorado | *United States v. Griswold*, No. 1:25-cv-03967 (D. Colo.) |
| Connecticut | *United States v. Thomas*, No. 3:26-cv-00021 (D. Ct.) |
| Delaware | *United States v. Albence*, No. 1:25-cv-01453 (D. Del.) |
| District of Columbia | *United States v. Evans*, 1:25-cv-04403 (D.D.C.) |
| Georgia | *United States v. Raffensperger*, 1:26-cv-00485 (N.D. Ga.) |
| Illinois | *United States v. Matthews*, 3:25-cv-03398 (C.D. Ill.) |
| Hawaii | *United States v. Nago*, No. 1:25-cv-00522 (D. Haw.) |
| Maine | *United States v. Bellows*, No. 1:25-cv-00468 (D. Me.) |
| Maryland | *United States v. DeMarinis*, No. 1:25-cv-03934 (D. Md.) |
| Massachusetts | *United States v. Galvin*, No. 1:25-cv-13816 (D. Mass.) |
| Michigan | *United States v. Benson*, No. 1:25-cv-01148 (W.D. Mich.) |
| Minnesota | *United States v. Simon*, No. 0:25-cv-03761 (D. Minn.) |
| Nevada | *United States v. Aguilar*, No. 3:25-cv-00728 (D. Nev.) |
| New Hampshire | *United States v. NH Secretary of State*, No. 1:25-cv-00371 (D.N.H.) |

| New Mexico | *United States v. Oliver*, No. 1:25-cv-01193 (D.N.M.) |
|---|---|
| New York | *United States v. Board of Elections of the State of New York*, No. 1:25-cv-01338 (N.D.N.Y.) |
| Oregon | *United States v. Oregon*, No. 6:25-cv-01666 (D. Ore.) |
| Pennsylvania | *United States v. Pennsylvania*, No. 2:25-cv-01481 (W.D. Pa.) |
| Rhode Island | *United States v. Amore*, No. 1:25-cv-00639 (D.R.I.) |
| Vermont | *United States v. Hanzas*, No. 1:25-cv-00903 (D. Vt.) |
| Virginia | *United States v. Beals*, No. 3:26-cv-00042 (E.D. Va.) |
| Washington | *United States v. Hobbs*, No. 3:25-cv-06078 (W.D. Wash.) |
| Wisconsin | *United States v. Wisconsin Elections Comm'n*, 3:25-cv-01036 (W.D. Wis.) |