# EXHIBIT 4

**U.S. Department of Justice**

Civil Rights Division

Voting Section
950 Pennsylvania Ave, NW – 4CON
Washington, DC 20530

August 4, 2025

<u>Via Mail and Email</u>

The Honorable Anthony Albence
State Election Commissioner
905 South Governors Avenue, Suite 170
Dover, DE 19904
anthony.albence@delaware.gov

Dear Commissioner Albence:

 We write in response to the letter we received from you on July 25, 2025. We appreciate your commitment to providing data from Delaware's voter list. As to the remaining information we requested in our letter of July 11, 2025, you indicated you would respond "in due course" without providing a timeframe.

 Per our voice mail message this afternoon, we request that you provide the remainder of your responses by August 15, 2025.

 Thank you in advance for your cooperation.

Sincerely,

*Maureen S. Riordan*

Maureen S. Riordan
Senior Counsel
Acting Chief, Voting Section
Civil Rights Division

Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division
