# EXHIBIT 9

| | |
|---|---|
| **From:** | Burton, Emily (DOJ) |
| **To:** | Neff, Eric (CRT) |
| **Cc:** | Gibson, Rose (DOJ); Liston, Ian (DOJ) |
| **Subject:** | RE: Delaware - US v. Albence |
| **Date:** | Thursday, January 22, 2026 12:22:00 PM |

Hi Eric,

Thank you for correcting the issue.

From our perspective, the complaint should be amended to state that your office did not identify to Delaware which SORN it contends applies. The Complaint should then identify the SORN that your office contends does apply, potentially with reference to the location of the SORN on your office's website.

Best regards,

**Emily V. Burton** (she/her)
Deputy Attorney General
State of Delaware

820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-5374 (office)
Emily.Burton@Delaware.gov

Confidentiality Notice: This electronic message and any attachment(s) are confidential and may be subject to the attorney/client privilege and/or work product immunity. This e-mail is only for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately by replying to this e-mail, then delete this message and any attachment(s) from your system. Any unintended transmission expressly shall not waive the attorney/client privilege or any other privilege.

---

**From:** Neff, Eric (CRT) <Eric.Neff@usdoj.gov>
**Sent:** Wednesday, January 21, 2026 4:21 PM
**To:** Burton, Emily (DOJ) <Emily.Burton@delaware.gov>
**Cc:** Gibson, Rose (DOJ) <Rose.Gibson@delaware.gov>; Liston, Ian (DOJ) <Ian.Liston@delaware.gov>
**Subject:** RE: Delaware - US v. Albence

I reviewed this, and thank you for pointing out the error in advance through email. I will file and errata and correct the filing. To avoid any further issues, I'll ask you if you prefer it be perfected in either of two ways.

1. Just delete the passage. In other states where the SORNs were not mentioned in the Letters or Complaints, we cite them in our Opposition briefs anyway -- as I am sure Privacy Act defenses will be raised as they have been in all other states.
2. Amend the passage to simply state the Web site reference directly, removing any

> quotes, or references to a Letter.  This is my opinion is cleaner for future reference to keep the numbers the same, but I defer to you.  Then it would read like:
> 
>> a. 25. The Justice Department's Privacy Act protections are explained on the Department's website at [...] 28 CFR 0.50, 051.ON.

---

**From:** Burton, Emily (DOJ) <Emily.Burton@delaware.gov>
**Sent:** Wednesday, January 21, 2026 10:45 AM
**To:** Neff, Eric (CRT) <Eric.Neff@usdoj.gov>
**Cc:** Gibson, Rose (DOJ) <Rose.Gibson@delaware.gov>; Liston, Ian (DOJ) <Ian.Liston@delaware.gov>
**Subject:** [EXTERNAL] Delaware - US v. Albence

Good morning,

We represent Delaware's Commissioner of Elections, Anthony Albence, in the *U.S. v. Albence* matter, filed by your office in the District of Delaware Court on December 2, 2025.

We write to inform you that the complaint filed by your office materially misrepresents the contents of exhibit 3 to the complaint.  We write to permit you to correct this allegation in advance of us raising this issue with the Court.

Specifically, paragraph 25 of the complaint purports to quote a letter, dated August 14, 2025 (ex. 3 to the complaint), from your office to Delaware's Department of Elections.  The letter, however, does not contain the text identified as a quotation in paragraph 25 of the complaint.  We are unaware of any communication from your office to Delaware's Department of Elections or to the Commissioner containing the language quoted in paragraph 25 of the complaint.

For the avoidance of doubt, the Commissioner disagrees with multiple other allegations and characterizations of correspondence in the complaint.  We reserve all rights to dispute those points in due course.

Please let us know promptly whether you intend to amend your complaint to correct the allegations in paragraph 25 to conform to exhibit 3 to the complaint.

Best regards,

**Emily V. Burton** (she/her)
Deputy Attorney General
State of Delaware

820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-5374 (office)
Emily.Burton@Delaware.gov

Confidentiality Notice:  This electronic message and any attachment(s) are confidential and may be subject to the attorney/client privilege and/or work product immunity.  This e-mail is only for the use of the intended recipient(s).  If you have received this e-mail in error, please notify the sender immediately by replying to this e-mail, then delete this message and any attachment(s) from your system.  Any unintended transmission expressly shall not waive the attorney/client privilege or any other privilege.