# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ANTHONY ALBENCE, in his official capacity as State Election Commissioner for the State of Delaware, *Defendant*, Bethany Jennings and Gemma Lowery, *Intervenor-Defendants*, Latin American Community Center, *et al.*, *Intervenor-Defendants*. | Case No. 25-cv-01453-RGA<br>Hon. Richard G. Andrews |

**BETHANY JENNINGS AND GEMMA LOWERY'S MOTION TO DISMISS**

Intervenors Bethany Jennings and Gemma Lowery move to dismiss Plaintiff's Complaint for declaratory and injunctive relief, D.I. 1, with prejudice.

For the reasons discussed in the supporting brief filed alongside this Motion, the Complaint fails to state a claim under Federal Rule of Civil Procedure 12(b)(6).

**WHEREFORE**, Intervenors respectfully request that the Court grant their motion to dismiss with prejudice in the above-captioned matter.

<table>
<tr><td>

February 9, 2026

Elisabeth C. Frost\*
Jacob D. Shelly\*
Kevin R. Kowalewski\*
James J. Pinchak\*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

\*Appearing *pro hac vice*

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*

</td><td>

Respectfully submitted,

<u>/s/ Mark Billion (DE Bar #5263)</u>

Mark M. Billion
**BILLION LAW**
20184 Coastal Hwy, Suite 205
Rehoboth Beach, DE 19971
Tel.: (302) 428-9400
markbillion@billionlaw.com

</td></tr>
</table>