**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,

        *Plaintiff*,

        v.

ANTHONY ALBENCE, in his official
capacity as State Election Commissioner of
the State of Delaware,

        *Defendant*.

C.A. No. 25-cv-01453-RGA

**MOTION OF LATIN AMERICAN COMMUNITY CENTER, LA ESPERANZA,**
**DELAWARE COALITION AGAINST DOMESTIC VIOLENCE, AND JOSE**
**MATTHEWS TO DISMISS THE COMPLAINT**

The Latin American Community Center, La Esperanza, Delaware Coalition Against

Domestic Violence, and Jose Matthews (together, "Intervenors"), move to dismiss the Complaint

pursuant to Rule 12 of the Federal Rules of Civil Procedure for failure to state a claim for which

relief may be granted. A memorandum setting forth the facts and legal argument necessary to

support their motion, with exhibits attached, is being filed concurrently herewith.

The requests propounded by the U.S. Department of Justice ("DOJ") on the State of

Delaware, as set forth in the Complaint, do not satisfy the core statutory requirement that any

federal demand for information under the Civil Rights Act of 1960 include a disclosure of "the

basis and the purpose" for the federal data request. 52 U.S.C. § 20703. Because the United States

has not fully and accurately disclosed the basis and the purpose of its request for hundreds of

thousands of Delawareans' sensitive personal data, and because the United States' request for this

data without any redaction or protections for voters' privacy is unlawful, the United States has

failed to state a claim. This Court should dismiss this action.

**CONCLUSION**

The Court should dismiss the Complaint.

Respectfully submitted,

Theresa J. Lee*
Jonathan Topaz*
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
jtopaz@aclu.org
slakin@aclu.org

Patricia Yan*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20001
(202) 457-0800
pyan@aclu.org

Dated: February 9, 2026

/s/ Andrew Bernstein
Andrew Bernstein (#7161)
100 W. 10th St. #706
Wilmington, DE 19801
Phone: (302) 551-6809 Ext. 119
Email: abernstein@aclu-de.org

*Attorneys for Intervenors Latin American Community Center, La Esperanza, Delaware Coalition Against Domestic Violence, and Jose Matthews*

* Admitted *pro hac vice*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record on February 9, 2026, and will be served on Defendant in accordance with Federal Rule of Civil Procedure 5(a).

/s/ Andrew Bernstein
Andrew Bernstein