HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

MEGAN FREDERICK (VA BAR: 79682)
Trial Attorney, Voting Section
Civil Rights Division

U.S. Department of Justice
4 Constitution Square
150 M Street, Room 8.137
Washington, D.C. 20002
Telephone: (202) 304-2927
Megan.Frederick@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ALBENCE, in his Official Capacity as State Election Commissioner of the State of Delaware,<br><br>Defendant(s). | Case Number: 1:25-cv-01453-RGA<br><br><br>MOTION FOR LEAVE TO FILE CONSOLIDATED MEMORANDUM AND REPLY BRIEF IN EXCESS OF PAGE LIMITS REQUIRED BY LOCAL RULE 7.1.3. |

### UNITED STATES' MOTION FOR LEAVE TO FILE CONSOLIDATED MEMORANDUM IN OPPOSITION AND REPLY IN EXCESS OF PAGE LIMIT

The United States seeks leave of the Court to file a Consolidated Memorandum and Reply in excess of the page limit imposed by Local Rule 7.1.3. The United States is responding to five separate filings in its upcoming brief. *See* D.I. 34, 35, 37, 41, 43-3.

These are dispositive motions, involving multiple arguments, from multiple parties, with overlapping arguments that are best addressed in a single brief. *See* Frederick Decl., D.I. 48. This case involves an issue of great public interest. The briefing needs to address three District Court opinions on the same legal dispute, all of which based their orders on different and sometimes conflicting reasoning. *See* Frederick Decl., attached Exs. D.I 48, Exs. 1-3. In order to ensure the United States is able to provide this Court with a thorough and proper analysis of not only the Defendant, Defendant Intervenors and Amici arguments, but also of the three Court opinions, leave to file in excess of the page limit is requested. The United States believes it can sufficiently address all arguments in a 35-page filing. *See* Frederick Decl., D.I. 48.

WHEREFORE, the United States respectfully request that this Court grant leave to exceed page limits imposed by Local Rule 7.1.3 and extend the United States page limit to 35 pages.

Dated: February 13, 2026                                Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ *Megan Frederick*

MEGAN FREDERICK
Trial Attorney, Voting Section
Civil Rights Division

U.S. Department of Justice
4 Constitution Square
150 M Street, Room 8.137
Washington, D.C. 20002
Telephone: (202) 304-2927
Megan.Frederick@usdoj.gov

Attorneys for United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026 a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Megan Frederick*

MEGAN FREDERICK
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice