HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

MEGAN FREDERICK (VA BAR: 79682)
Trial Attorney, Voting Section
Civil Rights Division

U.S. Department of Justice
4 Constitution Square
150 M Street, Room 8.137
Washington, D.C. 20002
Telephone: (202) 304-2927
Megan.Frederick@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA<br><br>               Plaintiff,<br><br>      v.<br><br>ANTHONY ALBENCE, in his Official Capacity as State Election Commissioner of the State of Delaware,<br><br>               Defendant(s). | Case Number: 1:25-cv-01453-RGA<br><br>MOTION FOR LEAVE (1) TO EXTEND TIME FOR FILING REPLY BRIEF TO STATE DEFENDANT'S MOTION IN OPPOSITION REQUIRED BY RULE 7.1.2 (B) AND (2) TO EXCEED PAGE LIMITS FOR MEMORANDUM IN OPPOSITION TO MOTIONS TO DISMISS AS REQUIRED BY LOCAL RULE 7.1.3 (4). |
|---|---|

**MOTION FOR LEAVE (1) TO EXTEND TIME FOR FILING REPLY BRIEF TO STATE DEFENDANT'S MOTION IN OPPOSITION REQUIRED BY RULE 7.1.2 (B) AND (2) TO EXCEED PAGE LIMITS FOR MEMORANDUM IN OPPOSITION TO MOTIONS TO DISMISS AS REQUIRED BY LOCAL RULE 7.1.3 (4).**

    The United States seeks leave of the Court to file its Reply Brief to State Defendant's Motion in Opposition to United States Motion to Compel (D.I. 35) with a ten page limit (which meets the requirements of Local Rule 7.1.3 (4)).  Further, the United States seeks leave of the Court to exceed page limits pertaining to its' Memorandum in Opposition to Motions to Dismiss in excess of the page limit imposed by Local Rule 7.1.3 (4).  Finally, the United States requests the page limit be extended to twenty-five pages for its Memorandum in Opposition to Motions to Dismiss.  The United States met and conferred with Defendants and stipulates to their requests for these page limits and extensions.

    The United States is responding to many filings by the Defendants in its upcoming briefs.  *See* D.I. 34, 35, 37, 41, 43-3.  The United States believes that for these dispositive motions,

(involving multiple arguments, from multiple parties, and overlapping arguments), the best format would be to address all in a single consolidated brief.  The State Defendant prefers a separate Reply Brief to their Motion in Opposition.  *See* D.I. 35.  The United States stipulates to that procedural posture. Both parties stipulated to an extension of time for filing the United States Reply Brief and for that Brief to be filed the same day as the United States Motion in Opposition to Motions to Dismiss, which is February 23, 2026.  Therefore, as no other Defendant filed a Motion in Opposition to the Motion to Compel, we ask the Court to grant the extension of time to February 23, 2026.

     After meeting and conferring, it was stipulated that the United States – will file two separate responses instead of one consolidated response.  The stipulation is that the United States Motion to Oppose Motions to Dismiss - could exceed the twenty-page limit set by Local Rule 7.1.4 (b) by five pages, allowing the United States a twenty-five  page Memorandum (excluding pages this Court already excludes in page counts).  This case involves an issue of great public interest, and the United States has taken no position on any Intervenors or Amici, allowing the Court and the public to hear all positions on a matter of such high importance. This leads to a multitude of filings, and in turn the United States requests the space within response documents to respond to them all in a fashion that assists the Court.  Further, the Memorandum needs to address three District Court opinions on the same legal dispute before this Court.  All three opinions/orders have different and sometimes conflicting reasoning. *See* Frederick Decl., attached Exs. D.I 48, Exs. 1-3. The United States has not heard from Intervenor Defendant Jennings pertaining to this *new* twenty-five-page request, Jennings *did respond* to the United States first request for a consolidated thirty-five page Memorandum and Reply Brief stating "Jennings Intervenors do not object."

In light of these procedural postures by State Defendants, the United States sees this as a stipulation that can be met, if given the time to separate the already consolidated Memorandum in Opposition to Motions to Dismiss and Reply Brief. Furthermore, the United States asks this Court to supersede the original Motion for Leave filing with this Motion for Leave. *See* D.I. 47.

WHEREFORE, the United States asks this Court to GRANT: (1) this Motion for Leave to extend filing date to February 23, 2026 for the Reply Brief to the State Defendants Memorandum in Opposition to Motion to Compel; and (2) this Motion for Leave to exceed page limits to twenty-five pages for the Memorandum in Opposition to Motions to Dismiss.

Dated: February 13, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

*/s/ Megan Frederick*

MEGAN FREDERICK
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street, Room 8.137
Washington, D.C. 20002
Telephone: (202) 304-2927
Megan.Frederick@usdoj.gov

Attorneys for United States of America

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026 a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Megan Frederick*

MEGAN FREDERICK
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice

4