IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ALBENCE, in his Official Capacity as State Election Commissioner of the State of Delaware,<br><br>Defendant(s). | Case Number: 1:25-cv-01453-RGA<br><br><br>STATEMENT OF AVERMENT |

## **STATEMENT OF AVERMENT**

I, Megan Frederick, a trial attorney for the Department of Justice, in support of the United States Motion for Leave to extend filing date under Local Rule 7.1.2 and to exceed page limits required under Local Rule 7.1.3, aver that:

1. On February 13, 2026, pursuant to Local Rule 7.1.1 the United States met and conferred with all Defendants.

2. State Defendant consents to two separate filings by the United States and for both filings (the Reply Brief to State Defendants Opposition to Motion to Compel and the Memorandum in Opposition to Motions to Dismiss) to be filed in ECF on February 23, 2026.

3. Defendant Delaware also consents to page allowance of: (1) ten pages (which complies with Rule 7.1.3 (4)) for the Reply Brief to the State Defendants Opposition to Motion to Compel; and (2) an extension to twenty-five pages for the United States' Memorandum in Opposition to Motions to Dismiss.

4. Defendant Intervenor Latin American Community Center consents to same as State Defendant.

5. Defendant Intervenor Jennings replied to the United States original request to exceed page limits with a consolidated thirty-five page Response stating "Jennings Intervenors do not object."

6. Defendant Intervenor Jennings did not respond beyond the original response above.

I aver that the above statements are true and correct.

Dated: February 13, 2026 in Washington, D.C.      */s/ Megan Frederick*
                                                                                                  Megan Frederick