# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br><br>*Defendant*,<br><br>Bethany Jennings and Gemma Lowery,<br><br>*Intervenor-Defendants*,<br><br>Latin American Community Center, *et al.*,<br><br>*Intervenor-Defendants*. | Case No. 1:25-cv-01453-RGA |

## INTERVENORS BETHANY JENNINGS AND GEMMA LOWERY'S REQUEST FOR ORAL ARGUMENT CONCERNING MOTION TO DISMISS

Pursuant to Local Rule 7.1.4 of the United States District Court for the District of Delaware, Intervenors Bethany Jennings and Gemma Lowery, by and through undersigned counsel, respectfully request oral argument on their fully briefed Motion to Dismiss, D.I. 36, filed on February 9, 2025. Oral argument will allow Intervenors to address any important legal, factual, or procedural points raised in the Motion to Dismiss and Plaintiff's Brief in Opposition, D.I. 57, and to address any of the Court's questions.

[Remainder of Page Intentionally Left Blank]

Dated: March 4, 2026

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Tel: (202) 968-4490
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

* Appearing *pro hac vice*

Respectfully submitted,

/s/     *Mark M. Billion*

Mark M. Billion (DE Bar No. 5263)
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Tel: (302) 428-9400
markbillion@billionlaw.com

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*