# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-01453- |
| | ) | RGA |
| ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PURSUANT TO LOCAL RULE 83.5(b) OR, IN THE ALTERNATIVE, FOR LIMITED ADMISSION OF ROSANNA (ROSE) GIBSON

Pursuant to local Rule 83.5(b) and the attached certification, counsel moves the admission of Rose Gibson to represent Defendant Anthony Albence in his official capacity as State Election Commissioner of the State of Delaware in this matter. Ms. Gibson has been granted a limited permission to practice law in the State of Delaware pursuant to the terms of Rule 55(a) of the Rules of the Delaware Supreme Court and Rule 42 of the Delaware Board of Bar Examiners. Rule 55 provides, in pertinent part, the following:

(a) Limited permission to practice. —Attorneys admitted to practice in other jurisdictions or graduates of law schools described by Rule 52(a)(5) who are employed by or associated with Delaware Volunteer Legal Services, Community Legal Aid Society, Inc., Legal Services Corporation of Delaware, Inc., the Department of Justice of the State of Delaware, the Office of the City Solicitor of the City of Wilmington, the Public Defender's Office within the Office of Defense Services of the State of Delaware, Office of the Child

Advocate of the State of Delaware, the New Castle County Office of Law, the Non-profit Pro Bono Committee of the Delaware State Bar Association, the United States District Court for the District of Delaware's Federal Civil Panel, or attorneys who are admitted to practice in other jurisdictions and are associated with a legal assistance program approved or recognized by the Board, may, in the discretion of the Board, be permitted to practice in the courts and administrative tribunals of this State in matters involving such office or the clients of such program. The requirements, qualifications and procedures for such permission shall be set forth in the Rules of the Board.

Ms. Gibson sat for the Delaware Bar Exam on February 24 and 25, 2026. Ms. Gibson is also admitted to practice and in good standing in the District of Maryland and the State of Maryland.

Dated: March 4, 2026

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Ian R. Liston*
Ian R. Liston (DE Bar No. 5507)
Director of Impact Litigation
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, DE 19801
Tel.: (302) 683-8875
ian.liston@delaware.gov
*Counsel for Defendant*