**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | |
| ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware, | Case No. 1:25-cv-01453-RGA |
| *Defendant*, | |
| Bethany Jennings and Gemma Lowery, | |
| *Intervenor-Defendants*, | |
| Latin American Community Center, *et al.*, | |
| *Intervenor-Defendants*. | |

## CITATION OF SUPPLEMENTAL AUTHORITY

Intervenor-Defendants Bethany Jennings and Gemma Lowery respectfully provide the Court citation of supplemental authority supporting their motion to dismiss. *See* D.I. 36. Earlier today, in DOJ's parallel suit seeking Massachusetts' unredacted voter list, the district court dismissed DOJ's complaint on the ground that DOJ failed to state any basis for its demand as required by Title III of the Civil Rights Act of 1960. *See* Order, *United States v. Galvin*, No. 1:25-cv-13816, at *13 (D. Mass. Apr. 9, 2026), ECF No. 92 (attached as Exhibit A).

[Reminder of the page intentionally left blank]

1

2

Dated: April 9, 2026

Respectfully submitted,

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Tel: (202) 968-4490
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

*/s/ Mark M. Billion*
Mark M. Billion
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Tel: (302) 428-9400
markbillion@billionlaw.com

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*

* Appearing *pro hac vice*

2