**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,

        *Plaintiff*,

  v.

ANTHONY ALBENCE, in his official
capacity as State Election Commissioner of
the State of Delaware,

        *Defendant*.

C.A. No. 25-cv-01453-RGA

**INTERVENOR-DEFENDANTS LATIN AMERICAN COMMUNITY CENTER, LA
ESPERANZA, DELAWARE COALITION AGAINST DOMESTIC VIOLENCE, AND
JOSE MATTHEWS' SUBMISSION OF SUBSEQUENT AUTHORITY**

Intervenor-Defendants Latin American Community Center, La Esperanza, Delaware Coalition Against Domestic Violence, and Jose Matthews (collectively, "Intervenor-Defendants") submit this Notice of Subsequent Authority regarding an opinion and order denying a motion to compel and dismissing the complaint of the United States Department of Justice ("DOJ") in a lawsuit seeking a full and unredacted voter file pursuant to Title III of the Civil Rights Act of 1960 ("CRA"). *See United States v. Gregg M. Amore*, No. 25-cv-00639-MSM-PAS (Attached as Exhibit 1). The Court dismissed the complaint notwithstanding the fact that DOJ sought leave to submit a "curing elaboration letter," as DOJ has also done in the matter before this Court. *Id*. at 13; Dkt. 69.

1

Dated: April 17, 2026

Theresa J. Lee*
Jonathan Topaz*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
jtopaz@aclu.org
slakin@aclu.org

Patricia J. Yan*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
(202) 457-0800
pyan@aclu.org

Respectfully submitted,

*/s/ Andrew Bernstein*
Andrew Bernstein (#7161)
100 W. 10th St. #706
Wilmington, DE 19801
Phone: (302) 551-6809 Ext. 119
Email: abernstein@aclu-de.org

*Attorneys for Intervenor-Defendants Latin
American Community Center, La Esperanza,
Delaware Coalition Against Domestic Violence,
and Jose Matthews*

* Admitted *pro hac vice*