## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        *Plaintiff*,

    v.

ANTHONY ALBENCE, in his official
capacity as State Election Commissioner of
the State of Delaware,

        *Defendant*,

BETHANY JENNINGS and GEMMA
LOWERY,

        *Intervenor-Defendants*,

LATIN AMERICAN COMMUNITY
CENTER, *et al.*,

        *Intervenor-Defendants*.

Case No. 1:25-cv-01453-RGA

### CITATION OF SUPPLEMENTAL AUTHORITY

Intervenor-Defendants Bethany Jennings and Gemma Lowery respectfully provide the Court a citation of supplemental authority supporting their motion to dismiss, D.I. 36; D.I. 61 at 2, and their response in opposition to the motion for production of records, D.I. 38. Earlier today, in DOJ's parallel suit seeking Arizona's unredacted voter list, the district court dismissed DOJ's complaint on the ground that Arizona's statewide voter registration list is not a document subject to request by the Attorney General under Title III of the Civil Rights Act of 1960. *See* Amended Order, *United States v. Fontes*, No. 2:26-cv-00066-SMB, at *8 (D. Ariz. Apr. 28, 2026), D.I. 50 (attached as Exhibit A). The order also held that the Federal Rules of Civil Procedure applied to the Attorney General's lawsuit. *Id.* at *2.

1

April 28, 2026

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Tel: (202) 968-4490
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

* Appearing *pro hac vice*

Respectfully submitted,

/s/ Mark M. Billion
Mark M. Billion
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Tel: (302) 428-9400
markbillion@billionlaw.com

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*

2