**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | Case Number: 1:25-cv-01453-RGA |
| v. | |
| ANTHONY ALBENCE, in his Official Capacity as State Election Commissioner of Delaware, | |
| Defendant. | |

**CITATION OF SUPPLEMENTAL AUTHORITY**

Plaintiff United States of America respectfully provides the Court citation of supplemental authority supporting its Motion for Production of Records (Dkt. 3). On May 12, 2026, the Department of Justice Office of Legal Counsel (OLC) published an opinion concluding that the Civil Rights Act authorizes the Attorney General to compel States to produce unredacted statewide voter registration lists, and that once produced, the Department of Justice may share that data with components within the Department of Homeland Security. *See* Authority to Obtain and Share Statewide Voter Roll Data, 50 Op. O.L.C. ___, slip op. at 6, 34 (May 12, 2026) (attached as Ex. 1).

[Remainder of the page intentionally left blank]

Respectfully submitted,


HARMEET K. DHILLON
Assistant Attorney General

JESUS A. OSETE
Principal Deputy Assistant Attorney General

ERIC V. NEFF
Acting Chief, Voting Section


/s/ Joseph W. Voiland
JOSEPH W. VOILAND
JAKE T. BACHAND
Trial Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street
Washington, D.C. 20002
Joseph.voiland@usdoj.gov
Jake.bachand@usdoj.gov
Tel. (202) 353-5318

Attorneys for the United States