**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br><br>*Defendant*,<br><br>BETHANY JENNINGS and GEMMA LOWERY,<br><br>*Intervenor-Defendants*,<br><br>LATIN AMERICAN COMMUNITY CENTER, *et al.*,<br><br>*Intervenor-Defendants*. | Case No. 1:25-cv-01453-RGA |

## CITATION OF SUPPLEMENTAL AUTHORITY

Intervenor-Defendants Bethany Jennings and Gemma Lowery respectfully provide the Court a citation of supplemental authority supporting their motion to dismiss, D.I. 36; D.I. 61 at 2, and their response in opposition to DOJ's motion for production of records, D.I. 38. Earlier today, two federal district courts dismissed DOJ's parallel suits seeking (respectively) Maine's and Wisconsin's unredacted statewide voter registration lists. *See generally* Order, *United States v. Bellows*, No. 1:25-cv-00468-LEW (D. Me. May 21, 2026), ECF No. 114 (attached hereto as Exhibit A); Op. and Order, *United States v. Wisconsin Elections Comm'n*, 25-cv-1036-jdp (W.D. Wis. May 21, 2026), ECF No. 89 (attached hereto as Exhibit B).

May 21, 2026                                    Respectfully submitted,

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Tel: (202) 968-4490
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

* Appearing *pro hac vice*

/s/ *Mark M. Billion*
Mark M. Billion
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Tel: (302) 428-9400
markbillion@billionlaw.com

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*