**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br><br>*Defendant*,<br><br>BETHANY JENNINGS and GEMMA LOWERY,<br><br>*Intervenor-Defendants*,<br><br>LATIN AMERICAN COMMUNITY CENTER, *et al.*,<br><br>*Intervenor-Defendants*. | Case No. 1:25-cv-01453-RGA |

## CITATION OF SUPPLEMENTAL AUTHORITY

Intervenor-Defendants Bethany Jennings and Gemma Lowery respectfully provide the Court a citation of supplemental authority supporting their motion to dismiss, D.I. 36; D.I. 61 at 2, and their response in opposition to DOJ's motion for production of records, D.I. 38. In a decision issued yesterday, in DOJ's parallel suit seeking Maryland's unredacted voter list, the district court dismissed DOJ's complaint on the ground that Maryland's statewide voter registration list is not a record or paper that comes into the possession of state officials under the plain text of Title III of the Civil Rights Act. *See generally* Op. and Order, *United States v. DeMarinis*, No. 1:25-cv-03934, 2026 WL 1780586 (D. Md. June 18, 2026), ECF No. 91.

1

June 23, 2026

Respectfully submitted,

/s/ Mark M. Billion
Mark M. Billion
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Tel: (302) 428-9400
markbillion@billionlaw.com

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Tel: (202) 968-4490
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*

\* Appearing *pro hac vice*

2