**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | |
| ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware, | Case No. 1:25-cv-01453-RGA |
| *Defendant*, | |
| BETHANY JENNINGS and GEMMA LOWERY, | |
| *Intervenor-Defendants*, | |
| LATIN AMERICAN COMMUNITY CENTER, *et al.*, | |
| *Intervenor-Defendants*. | |

**CITATION OF SUPPLEMENTAL AUTHORITY**

Intervenor-Defendants Bethany Jennings and Gemma Lowery respectfully provide the Court a citation of supplemental authority supporting their motion to dismiss, D.I. 36; D.I. 61 at 2, and their response in opposition to DOJ's motion for production of records, D.I. 38. On June 24, in DOJ's parallel suit seeking Michigan's unredacted voter list, the Sixth Circuit affirmed dismissal of DOJ's complaint on two grounds. First, the Sixth Circuit held that a statewide voter list "is an internally generated electronic database, not a record acquired from an outside source," and so did not "come into" the possession of election officials, as required to be covered by the Civil Rights Act of 1960 ("CRA"). *United States v. Benson*, No. 26-1225, 2026 WL 1815425, at *5 (6th Cir. June 24, 2026). Second, the Sixth Circuit alternatively held that, even if the CRA could

1

reach a State's voter list, DOJ failed to state both the basis and the purpose for its demand in a single letter. *Id.* at 8. This Court can and should grant their motion to dismiss and deny DOJ's motion for production of records on the same grounds.

June 26, 2026

Respectfully submitted,

/s/ Mark M. Billion
Mark M. Billion
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Tel: (302) 428-9400
markbillion@billionlaw.com

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Tel: (202) 968-4490
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*

* Appearing *pro hac vice*

2