## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

                *Plaintiff*,

    *v.*

ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,

                *Defendant*,

BETHANY JENNINGS and GEMMA LOWERY,

                *Intervenor-Defendants*,

LATIN AMERICAN COMMUNITY CENTER, *et al.*,

                *Intervenor-Defendants*.

Case No. 1:25-cv-01453-RGA

## CITATION OF SUPPLEMENTAL AUTHORITY

Intervenor-Defendants Bethany Jennings and Gemma Lowery respectfully provide the Court a citation of supplemental authority supporting their motion to dismiss, D.I. 36; D.I. 61 at 2, and their response in opposition to DOJ's motion for production of records, D.I. 38. Two more federal district courts have dismissed DOJ's parallel suits seeking Pennsylvania's and New Hampshire's unredacted statewide voter registration lists ("SVRLs"). *See United States v. Schmidt*, No. 2:25-cv-01481-CB, --- F. Supp. 3d ---, 2026 WL 1850016 (W.D. Pa. June 27, 2026); *United States v. Scanlan*, No. 25-cv-371-JL, 2026 WL 1864054 (D.N.H. June 29, 2026). Both courts concluded that unredacted voter files are not records subject to production under Title III of the Civil Rights Act. *Schmidt*, 2026 WL 1850016, at *2; *Scanlan*, 2026 WL 1864054, at *4. Both

courts also concluded that the government's demand did not contain an appropriate "statement of the basis and purpose therefor []," as required by Title III. *Schmidt*, 2026 WL 1850016, at *2 (quoting *Benson*, 2026 WL 1815425, at *8); *Scanlan*, 2026 WL 1864054 at *8. This Court can and should grant Intervenors' motion to dismiss and deny DOJ's motion for production of records on the same grounds.

July 1, 2026

Respectfully submitted,

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Tel: (202) 968-4490
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

* Appearing *pro hac vice*

*/s/ Mark M. Billion*
Mark M. Billion
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Tel: (302) 428-9400
markbillion@billionlaw.com

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*