**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br><br>*Defendant*,<br><br>BETHANY JENNINGS and GEMMA LOWERY,<br><br>*Intervenor-Defendants*,<br><br>LATIN AMERICAN COMMUNITY CENTER, *et al.*,<br><br>*Intervenor-Defendants*. | Case No. 1:25-cv-01453-RGA |

**CITATION OF SUPPLEMENTAL AUTHORITY**

Intervenor-Defendants Bethany Jennings and Gemma Lowery respectfully provide the Court a citation of supplemental authority supporting their motion to dismiss, D.I. 36; D.I. 61, and their response in opposition to DOJ's motion for production of records, D.I. 38. Two more federal district courts have dismissed DOJ's parallel suits seeking unredacted statewide voter registration lists ("SVRLs"), this time in New York and West Virginia. *See United States v. Bd. of Elections of N.Y.*, No. 1:25-CV-1338 (MAD/PJE), 2026 WL 1999921 (N.D.N.Y. July 10, 2026); *see* Mem. Op. & Order, *United States v. Warner*, No. 26-cv-156 (S.D.W. Va. July 13, 2026) (attached as Exhibit A).

The New York court dismissed DOJ's complaint on the ground that New York's SVRL is

1

not a "record or paper" that "come[s] into [the] possession" of state officials, as those terms are used in Title III of the Civil Rights Act, and thus DOJ is not entitled to it. *Bd. of Elections of N.Y.*, 2026 WL 1999921, at *8–11.

The West Virginia court dismissed on the grounds that DOJ had failed to state a sufficient basis or purpose for its demand. *See Warner*, slip op. at 6–14; *see also Bd. of Elections of N.Y.*, 2026 WL 1999921, at *8 (noting that DOJ's "demand states no basis and the purported 'purpose' of 'ascertain[ing] New York's compliance with the list maintenance requirements of the NVRA and HAVA' lacks any relation to the purposes for which Title III was enacted.").

DOJ's complaint in this litigation shares *all* these deficiencies. This Court should grant Intervenors' motion to dismiss and deny DOJ's motion for production of records.

July 13, 2026                                                   Respectfully submitted,

                                                               */s/ Mark Billion*
                                                               Mark M. Billion
Elisabeth C. Frost*                                            **BILLION LAW**
Jacob D. Shelly*                                               20184 Coastal Hwy. Suite 205
Kevin R. Kowalewski*                                           Rehoboth Beach, DE 19971
James J. Pinchak*                                              Tel: (302) 428-9400
**ELIAS LAW GROUP LLP**                                        markbillion@billionlaw.com
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001                                           *Attorneys for Intervenors*
Tel: (202) 968-4490                                            *Bethany Jennings and Gemma Lowery*
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

* Appearing *pro hac vice*

2