## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-1453 (RGA) |
| ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware, | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING DEMOCRATIC NATIONAL COMMITTEE'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF

Upon consideration of the Motion for Leave to Submit an Amicus Brief submitted by the Democratic National Committee, alongside the materials filed in support thereof, the Court finds that the proposed amicus brief ~~would be helpful to its decision on the motions to dismiss and the motion for order to show cause~~ *should be permitted*, and it is hereby **ORDERED** that the Motion is **GRANTED** *(D.I. 43)*.

It is further **ORDERED** that the Clerk of the Court shall docket the proposed amicus brief.

IT IS SO **ORDERED**, this 15th day of July, 2026.

Rvhard G Andrews
Hon. Richard G. Andrews
United States District Judge