## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
     )
         Plaintiff,      )
     )
   v.      )
     )      C.A. No. 25-cv-1453-RGA
ANTHONY ALBENCE, in his official )
capacity as State Election Administrator of )
the State of Delaware,      )
     )
         Defendant.      )

## [PROPOSED] ORDER

At Wilmington this 15ᵗʰ day of _July_, 2026, having considered the

Seventeen States and the District of Columbia's (the "Amici States")[1] Motion for Leave to File

Amicus Brief (the "Motion"), and all of the papers and argument submitted in support and

opposition thereto,

(D.I. 53)

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Amici States shall file

their brief on the docket within two (2) business days of this order.

_Richard G. Andrews_
Hon. Richard G. Andrews

---

[1] The Amici States are Arizona, California, Colorado, Hawai'i, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Rhode Island, Oregon, Vermont, Washington, and the District of Columbia.