**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br><br>*Defendant*,<br><br>BETHANY JENNINGS and GEMMA LOWERY,<br><br>*Intervenor-Defendants*,<br><br>LATIN AMERICAN COMMUNITY CENTER, *et al.*,<br><br>*Intervenor-Defendants*. | Case No. 1:25-cv-01453-RGA |

**CITATION OF SUPPLEMENTAL AUTHORITY**

Intervenor-Defendants Bethany Jennings and Gemma Lowery respectfully provide the Court a citation of supplemental authority supporting their motion to dismiss D.I. 36; D.I. 61, and their response in opposition to DOJ's motion for production of records, D.I. 38. Additional federal courts—this time in Connecticut and Kentucky—have dismissed DOJ's parallel suits seeking unredacted statewide voter registration lists ("SVRL"). *See United States v. Thomas*, No. 3:26-cv-00021-KAD, 2026 WL 2070437 (D. Conn. July 17, 2026); *United States v. Adams*, No. 3:26-cv-00019-CHB-EBA, 2026 WL 2123871 (E.D. Ky. July 23, 2026).

Both courts determined that the Federal Rules of Civil Procedure govern the litigation. *See Thomas*, 2026 WL 2070437, at *1 n.1; *Adams*, 2026 WL 2123871, at *3–4. The Connecticut court

1

dismissed DOJ's complaint on the ground that "the Connecticut SVRL is not a record that falls within the scope of Title III, and is therefore not subject to the preservation and production requirements contemplated therein." *Thomas*, 2026 WL 2070437, at *7. The Kentucky court dismissed on the grounds that "Kentucky's SVRL does not 'come into' the possession of Kentucky election officials and is not a record or paper subject to Title III of the Civil Rights Act," and "the United States did not comply with its mandatory statutory obligation to submit a demand to the Defendants containing a statement of both the basis and purpose of its request." *Adams*, 2026 WL 2123871, at *5–6. Intervenors have raised similar arguments here. *See, e.g.*, D.I. 38 at 5–7; D.I. 37 at 10–11.

Dated: July 24, 2026

Respectfully submitted,

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Tel: (202) 948-1135
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

* Appearing *pro hac vice*

/s/ *Mark M. Billion*
Mark M. Billion
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Tel: (302) 428-9400
markbillion@billionlaw.com

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*