**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>*v.*<br><br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br><br>*Defendant*,<br><br>BETHANY JENNINGS and GEMMA LOWERY,<br><br>*Intervenor-Defendants*,<br><br>LATIN AMERICAN COMMUNITY CENTER, *et al.*,<br><br>*Intervenor-Defendants*. | Case No. 1:25-cv-01453-RGA |

**CITATION OF SUPPLEMENTAL AUTHORITY**

Intervenor-Defendants Bethany Jennings and Gemma Lowery respectfully provide the Court a citation of supplemental authority supporting their motion to dismiss D.I. 36; D.I. 61, and their response in opposition to DOJ's motion for production of records, D.I. 38. Additional federal courts—this time in Washington, D.C., Nevada, and Minnesota—have dismissed DOJ's parallel suits seeking unredacted statewide voter registration lists ("SVRL"). *See United States v. Evans*, No. 25-cv-4403, 2026 WL 2267774 (D.D.C. Aug. 6, 2026); *United States v. Aguilar*, No. 3:25-CV-00728-ART-CLB, 2026 WL 2364502 (D. Nev. Aug. 14, 2026); *United States v. Simon*, No. 25-cv-3761, 2026 WL 2389778 (D. Minn. Aug. 17, 2026).

All three courts determined that the Federal Rules of Civil Procedure govern the litigation.

*See Evans*, 2026 WL 2267774, at *4; *Aguilar*, 2026 WL 2364502, at *2; *Simon*, 2026 WL 2389778, at *7–8. The district court in D.C. denied DOJ's motion to compel and dismissed DOJ's complaint on the grounds that "Title III's retention and preservation obligation does not cover voter registration lists." *Evans*, 2026 WL 2267774, at *11. The district court in Nevada did the same, concluding that "records created by state election officials like SVRL are not subject to the CRA's retention and disclosure requirements" because that list "does not 'come into [their] possession,'" and that "[t]he Government has not met its obligation to provide a basis for its demand." *Aguilar*, 2026 WL 2364502, at *4–5 (alteration in original) (quoting *United States v. Benson*, 179 F.4th 470, 479, *reh'g en banc denied*, No. 26-1225, 2026 WL 2364306 (6th Cir. Aug. 14, 2026)). The district court in Minnesota followed suit, concluding that the unredacted SVRL "is not a record or paper that comes into Minnesota election officials' possession" and thus falls outside the scope of Title III. *Simon*, 2026 WL 2389778, at *10.

This Court can and should grant Jennings and Lowery's motion to dismiss and deny DOJ's motion for production of records on the same grounds.

Dated: August 18, 2026

Respectfully submitted,

*/s/ Mark M. Billion*
Mark M. Billion
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Tel: (302) 428-9400
markbillion@billionlaw.com

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Tel: (202) 948-1135
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

* Appearing *pro hac vice*