**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,

*Plaintiff*,

*v.*

ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,

*Defendant*,

BETHANY JENNINGS and GEMMA LOWERY,

*Intervenor-Defendants*,

LATIN AMERICAN COMMUNITY CENTER, *et al.*,

*Intervenor-Defendants*.

Case No. 1:25-cv-01453-RGA

**CITATION OF SUPPLEMENTAL AUTHORITY**

Intervenor-Defendants Bethany Jennings and Gemma Lowery respectfully provide the Court a citation of supplemental authority supporting their motion to dismiss, D.I. 36; D.I. 61, and their response in opposition to DOJ's motion for production of records, D.I. 38. On September 22, 2026, the U.S. District Court for the Western District of Washington dismissed DOJ's parallel case seeking Washington's unredacted voter file in *United States v. Hobbs*, No. C25-6078-KKE, 2026 WL 2833713 (W.D. Wash. Sep. 22, 2026). With the decision in *Hobbs*, 25 district courts have now dismissed cases like this one; not one court has allowed a similar case to proceed.

September 25, 2026

Respectfully submitted,

/s/ *Mark M. Billion*
Mark M. Billion
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Tel: (302) 428-9400
markbillion@billionlaw.com

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Tel: (202) 948-1135
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

* Appearing *pro hac vice*