**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br>*Defendant,*<br>BETHANY JENNINGS and GEMMA LOWERY,<br>*Intervenor-Defendants,*<br>LATIN AMERICAN COMMUNITY CENTER, et al.,<br>*Intervenor-Defendants.* | Civil Action No.: 1:25-cv-01453-RGA |

**INTERVENOR-DEFENDANTS BETHANY JENNINGS AND GEMMA LOWERY'S MOTION FOR EXEMPTION OF INDIVIDUALS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Intervenor-Defendants Bethany Jennings and Gemma Lowery ("Intervenor-Defendants") hereby respectfully move the Court to exempt the below individuals from the District of Delaware's May 17, 2024, Standing Order titled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* (the "Standing Order"). In support of their motion, Intervenor-Defendants state as follows:

1. The Standing Order placed restrictions on the ability to bring personal electronic devices, including laptops and cell phones, into the J. Caleb Boggs Federal Building, which requires visitors to place personal electronic devices in a locked pouch, not to be used while in the J. Caleb Boggs Federal Building.

1:25-cv-01453-RGA
Hearing
9-28-26

2. An in-person hearing in the above-captioned action is scheduled to take place in the J. Caleb Boggs Federal Building on September 29, 2026.

3. The following individuals intend to appear at the hearing in the above-captioned action and require access to electronic devices, but do not meet the exemptions listed in Paragraph 4 of the Standing Order:

| | **Name** | **Employer** | **Role** |
|---|---|---|---|
| **(a)** | James J. Pinchak | Elias Law Group LLP | Attorney (Admitted pro hac vice) |
| **(b)** | Elisabeth C. Frost | Elias Law Group LLP | Attorney (Admitted pro hac vice) |
| **(c)** | Kevin R. Kowalewski | Elias Law Group LLP | Attorney (Admitted pro hac vice) |
| **(d)** | Jacob D. Shelly | Elias Law Group LLP | Attorney (Admitted pro hac vice) |

WHEREFORE, for the foregoing reasons, Intervenor-Defendants respectfully request that the Court enter the attached proposed order to exempt the above-listed individuals from the Standing Order.

Dated: September 28, 2026

*/s/ Mark M. Billion*
Mark M. Billion (DE Bar No. 5263)
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Telephone: (302) 428-9400
Email: markbillion@billionlaw.com

Elisabeth C. Frost (Admitted pro hac vice)
Jacob D. Shelly (Admitted pro hac vice)
Kevin R. Kowalewski (Admitted pro hac vice)
James J. Pinchak (Admitted pro hac vice)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
Email: efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

*Attorneys for Intervenor-Defendants*
*Bethany Jennings and Gemma Lowery*