**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,

*Defendant,*

BETHANY JENNINGS and GEMMA LOWERY,

*Intervenor-Defendants,*

LATIN AMERICAN COMMUNITY CENTER, et al.,

*Intervenor-Defendants.*

Civil Action No.: 1:25-cv-01453-RGA

**ORDER**

WHEREAS, the Court has considered Intervenor-Defendants Bethany Jennings and Gemma Lowery's ("Intervenor-Defendants") Motion requesting exemption of persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices.

IT IS HEREBY ORDERED that the Motion is GRANTED and that for purposes of the hearing to be held in the above-captioned action in the J. Caleb Boggs Federal Building on September 29, 2026, the following individuals are exempt from the Standing Order and shall be permitted to retain and use their electronic devices:

| | **Name** | **Employer** | **Role** |
|---|---|---|---|
| **(a)** | James J. Pinchak | Elias Law Group LLP | Attorney (Admitted pro hac vice) |
| **(b)** | Elisabeth C. Frost | Elias Law Group LLP | Attorney (Admitted pro hac vice) |

1:25-cv-01453-RGA
Hearing
9-28-26

| | | | |
|---|---|---|---|
| **(c)** | Kevin R. Kowalewski | Elias Law Group LLP | Attorney (Admitted pro hac vice) |
| **(d)** | Jacob D. Shelly | Elias Law Group LLP | Attorney (Admitted pro hac vice) |

IT IS HEREBY FURTHER ORDERED that the individuals listed above will present this Order, along with a valid photographic I.D., to the United States Marshals on entry to the J. Caleb Boggs Federal Building and United States Courthouse.

IT IS HEREBY ORDERED this 28th day of September, 2026.

/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Judge