**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,

*Plaintiff*,

*v.*

ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,

*Defendant*,

BETHANY JENNINGS and GEMMA LOWERY,

*Intervenor-Defendants*,

LATIN AMERICAN COMMUNITY CENTER, *et al.*,

*Intervenor-Defendants*.

Case No. 1:25-cv-01453-RGA

**CITATION OF SUPPLEMENTAL AUTHORITY**

Intervenor-Defendants Bethany Jennings and Gemma Lowery respectfully provide the Court a citation of supplemental authority supporting their motion to dismiss, D.I. 36; D.I. 61, and their response in opposition to DOJ's motion for production of records, D.I. 38. On September 30, 2026, the U.S. District Court for the Northern District of Georgia dismissed DOJ's parallel case seeking Georgia's unredacted voter file because Title III of the Civil Rights Act does not preempt state voter privacy laws. *See United States v. Raffensperger*, No. 1:26-cv-00485-VMC (N.D. Ga. Sep. 30, 2026), Ex. A. Intervenors made the same argument in the memorandum in support of their motion to dismiss. *See* D.I. 37 at 13–17.

October 1, 2026

Respectfully submitted,

_/s/ Mark M. Billion_

Elisabeth C. Frost*
Jacob D. Shelly*
Kevin R. Kowalewski*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Tel: (202) 948-1135
efrost@elias.law
jshelly@elias.law
kkowalewski@elias.law
jpinchak@elias.law

* Appearing *pro hac vice*

Mark M. Billion
**BILLION LAW**
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
Tel: (302) 428-9400
markbillion@billionlaw.com

*Attorneys for Intervenors*
*Bethany Jennings and Gemma Lowery*