IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,

*Defendant*,

BETHANY JENNINGS and GEMMA LOWERY,

*Intervenor-Defendants*,

LATIN AMERICAN COMMUNITY CENTER, *et al.*,

*Intervenor-Defendants.*

Civil Action No. 1:25-cv-01453-RGA

**UNITED STATES' RESPONSE TO SUPPLEMENTAL AUTHORITY (Dkt. 106)**

The supplemental authority concludes that Title III of the Civil Rights Act of 1960 does not preempt Georgia voter privacy laws. In response, the United States respectfully directs the courts attention to 52 U.S.C. § 20704, which expressly governs the handling of records produced in response to an election-records demand under Title III. As the United States has previously argued, Section 20704 prohibits the disclosure of such materials except in limited, specified circumstances, thereby reflecting Congress's recognition that sensitive records may be collected pursuant to the statute. *See* Dkt. 4, p. 10, ¶ 1, December 2, 2025, 1:25-cv-01453-RGA; Dkt. 4, Ex. 4, p. 2, ¶ 5, December 2, 2025, 1:25-cv-01453-RGA. Because Congress has directly addressed the

collection and treatment of these records in federal statute, § 20704 necessarily preempts any conflicting state privacy laws. *See* Dkt. 4, p. 14, ¶ 1, December 2, 2025, 1:25-cv-01453-RGA.

Dated: October 6, 2026

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC SELL
Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ *Jake T. Bachand*
Jake T. Bachand; DC Bar #90028269
Bessie S. Blackburn; DC Bar #90043104
Trial Attorneys
Voting Section
Civil Rights Division
U.S. Dept. of Justice
4 Constitution Square
150 M Street NE, 7th Floor
Washington, D.C. 20002
(202) 304-8146
Jake.Bachand@usdoj.gov
Bessie.Blackburn@usdoj.gov

*Counsel for the United States of America*