**U.S. Department of Justice**

Civil Rights Division

*Voting Section – 4CON*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*

October 9, 2026

***Via Electronic Mail***

The Honorable Judge Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

**Re: Civil Action No. 1:25-cv-01453-RGA Oral Argument on September 29, 2026**

Dear Judge Andrews:

Counsel for the United States noted that she would provide the cites as relevant following oral argument. *See* Transcript of Oral Argument at 80-81, *United States v. Albence*, (No. 25-1453-RGA).

The Texas MOU (2008) matter is cited in the record at Dkt. 57, p. 19, footnote 6. *See* also Dkt. 58, Exs. 8-11. The Georgia MOU (2006) matter is cited in Dkt. 57, p. 19, footnote 6. *See* also Dkt. 58, Exs. 8-11. The Maine MOU (2006) is discussed in *United States v. Maine*, No. CIV. 06-86-B-W, 2007 WL 1059565, (D. Me. Apr. 4, 2007).

The United States is grateful for the Court's review.

Regards,

/s/ *Bessie S. Blackburn*
Bessie S. Blackburn; DC Bar #90043104
Jake T. Bachand; DC Bar #90028269
Trial Attorneys
Voting Section
Civil Rights Division
U.S. Dept. of Justice
4 Constitution Square
150 M Street NE, 7th Floor
Washington, D.C. 20002
(202) 304-8146
Jake.Bachand@usdoj.gov
Bessie.Blackburn@usdoj.gov
*Counsel for the United States of America*