**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,<br>*Defendant*. | C.A. No. 25-cv-01453-RGA |

**INTERVENOR-DEFENDANTS LATIN AMERICAN COMMUNITY CENTER, LA ESPERANZA, DELAWARE COALITION AGAINST DOMESTIC VIOLENCE, AND JOSE MATTHEWS' SUBMISSION OF SUPPLEMENTAL AUTHORITIES**

Intervenor-Defendants Latin American Community Center, La Esperanza, Delaware Coalition Against Domestic Violence, and Jose Matthews ("LACC Intervenor-Defendants") respectfully submit as supplemental authority the recent decision of the United States District Court for the District of Columbia holding unlawful and vacating the United States Department of Justice's (USDOJ) policy of "requesting states' unredacted voter rolls, disclosing the lists to other federal agencies, comparing them against a federal database to identify purportedly ineligible voters, and demanding that states remove voters from their rolls based on the results of those comparisons." *Common Cause v. U.S. Dep't of Justice*, No. 26-1352, 2026 WL 3033772, at *4 (D.D.C. Oct. 9, 2026) (attached as Exhibit A). The Court granted summary judgment to the plaintiffs because (1) none of the CRA, HAVA, or NVRA "authorize the policy"); (2) "the policy is arbitrary and capricious under the Administrative Procedure Act"; and (3) the policy violates the Privacy Act and Paperwork Production Act. *Id* at 22. The Court "join[ed] the unanimous group of district courts that have concluded that the [CRA] does not authorize DOJ's across-the-board demands for SVRLs" because USDOJ failed to provide the factual basis for its requests. *Id*. at *24.

LACC Intervenor-Defendants also respectfully submit as supplemental authority the recent decision of the United States District Court for the District of Utah granting the Defendant's motion to dismiss in a similar dispute wherein the United States sought Utah's unredacted statewide voter registration list. *United States v. Henderson*, No. 2:26-cv-00166-DBB-DAO, 2026 WL 3181405, (D. Utah Oct. 23, 2026) (attached as Exhibit B). The Court applied the Federal Rules of Civil Procedure to the demand. *Id*. at *6. The Court ultimately concluded that dismissal was appropriate because Utah's statewide voter registration list was "not a 'record' that 'comes into … possession'" under Title III of the Civil Rights Act of 1960 and that an alternative conclusion would create conflict with the National Voter Registration Act and the Help America Vote Act. *Id*. at *7-8, 11.

These decisions further counsel for dismissal of this action.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Andrew Bernstein*
Andrew Bernstein (#7161)
100 W. 10th St. #706
Wilmington, DE 19801
Phone: (302) 551-6809 Ext. 119
Email: abernstein@aclu-de.org

*Attorneys for Intervenor-Defendants Latin American Community Center, La Esperanza, Delaware Coalition Against Domestic Violence, and Jose Matthews*

Theresa J. Lee*
Jonathan Topaz*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
jtopaz@aclu.org
slakin@aclu.org

Patricia J. Yan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20001
(202) 457-0800
pyan@aclu.org

* Admitted *pro hac vice*