**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware,

Defendant,

GEMMA LOWERY and BETHANY JENNINGS,

Intervenor-Defendants,

LATIN AMERICAN COMMUNITY CENTER, LA ESPERANZA, DELAWARE COALITION AGAINST DOMESTIC VIOLENCE, and JOSE MATTHEWS

Intervenor-Defendants.

Civil Action No. 25-1453-RGA

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendant and Defendant Intervenors' Motions to Dismiss (D.I. 33, 36, 39) are GRANTED, and Plaintiff's Motion for Production of Records Demanded Pursuant to the Civil Rights Act of 1960 (D.I. 3) is DISMISSED AS MOOT.

IT IS SO ORDERED.

Entered this 10th day of November, 2026

Richard G. Andrews
United States District Judge